IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERRANCE WILLIAMS,** | : | |
| Petitioner | : | No. 1:05-cr-00443-3 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 22nd day of November, 2016, upon consideration of Petitioner Terrance Williams' motion to vacate, modify, or correct his sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 2218), it is **HEREBY ORDERED THAT** the Section 2255 motion is **DENIED**. It is **FURTHER ORDERED** that Petitioner's motion to expedite disposition of his Section 2255 motion, and "Motion for Judicial Notice of Adjudicative Facts," are **DENIED AS MOOT**. (Doc. Nos. 2196, 2194.)   No certificate of appealability shall issue.  The Clerk of Court is directed to close this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
