IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERRANCE WILLIAMS,** | : | |
| Petitioner | : | No. 1:05-cr-00443-3 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 22nd day of June 2018, in accordance with the Memorandum entered concurrently with this Order, **IT IS ORDERED THAT** Petitioner Terrance Williams' motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60 (Doc. No. 2239), is **DENIED**.

<u>s/ Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania